IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00293-BO

| | |
|---|---|
| **Michael Wayne Procopio**, <br><br> Plaintiff, <br><br> v. <br><br> **Super 8 Worldwide, Inc. et al.**, <br><br> Defendants. | **Memorandum & Recommendation** |

In light of Plaintiff's submission of a notice of self-representation, proposed summonses (D.E. 6, 7), and payment of the required filing fee, the court vacates the Memorandum & Recommendation (D.E. 4).

Dated: September 2, 2022.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE