IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-293-BO-RN

| | |
|---|---|
| VINCENT PROCOPIO, individually and as Personal Representative of the Estate of Robert Procopio, Jr.,<br>        Plaintiff,<br><br>v.<br><br>SUPER 8 WORLDWIDE, INC., *et al.*,<br>        Defendants. | O R D E R |

This cause comes before the Court following plaintiff's failure to effect service on any defendant within the time provided and failure to demonstrate good cause as to why service has not been made within the time provided. *See* [DE 12, 13]. As service has not been effected against any defendant within the time provided by Fed. R. Civ. P. 4(m), and as plaintiff has further failed to demonstrate good cause for failing to do so, the complaint is hereby DISMISSED without prejudice. The Clerk is DIRECTED to close this case.

SO ORDERED, this **14** day of August 2023.

                                                */s/ Terrence W. Boyle*
                                                TERRENCE W. BOYLE
                                                UNITED STATES DISTRICT JUDGE